**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

MARICELA MORENOMENEZ,

Defendant.

Case No. 5:26-po-00133-CDB

CVB Violation E2090735/ CA14

ORDER TO REFUND OVERPAYMENT

(Doc. 8)

Defendant Maricela Morenomenez was issued Violation Notice E2090735 with a total collateral due of $230.00. On August 3, 2026, the Court granted the motion of the United States of America to dismiss the violation. On August 5, 2026, after the case was closed, Defendant paid the collateral amount of $230.00.

Because Defendant overpaid on the collateral due given the dismissal of the citation, the Court HEREBY ORDERS that a refund be issued to Defendant in the amount of $230.00.

IT IS SO ORDERED.

Dated: **August 5, 2026**

UNITED STATES MAGISTRATE JUDGE